# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Leo McGill | **Repayment Agreement and Order** | No: 7:16-CR-00045-002 |

---

On July 11, 2018, Leo McGill was sentenced to a total of 70 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. McGill. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on July 11, 2018, I have been ordered to pay a total restitution of $1,498,776.00 (joint and several with codefendants Saferia Johnson and Detrone Middleton) and a special assessment of $200.00.

2. On September 7, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on September 10, 2020. The current balance of my restitution is $1,494,159.26.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of February 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $250.00 per month during the term of supervision.

_____        1-20-24
Leo McGill                                             Date

_____        1-20-24
Gerald M. Bazell, U.S. Probation Officer     Date

_____        01/22/2024
Assistant U.S. Attorney                          Date

---

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

s/Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

1/24/2024
_____
Date